**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

E. B. Gorham
                                        Plaintiff,

v.                                                       Case No.: 1:08−cv−06258
                                                      Honorable Milton I. Shadur

General Growth Properties, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 6, 2009:

      MINUTE entry before the Honorable Milton I. Shadur:Motion to be appointed lead plaintiff [26], Motion for leave to appear [30],Motion to appoint counsel [33], Motion to appoint counsel [37], and Motion to withdraw [43] are all entered and continued generally. Motion hearing held on 1/6/2009. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.